USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

- against -

YOANSEL GREGORIO DIAZ SOTO,

Defendant.

**26-cr-00047 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby schedules the initial appearance of Defendant Yoansel Gregorio Diaz Soto on March 13, 2026, at 3:30 PM.

**SO ORDERED.**

Dated:    5 February 2026
          New York, New York

Victor Marrero
U.S.D.J.