USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

YOANSEL GREGORIO DIAZ SOTO,

Defendant.

**26 CR 0047 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The conference scheduled for August 21, 2026, is hereby adjourned until September 25, 2026, at 10:00 a.m. The Defendant consents to an exclusion of time from the Speedy Trial Act until September 25, 2026.

It is hereby ordered that time until September 25, 2026, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated: 17 August 2026
New York, New York

Victor Marrero
U.S.D.J.