USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

YOANSEL DIAZ SOTO,

Defendant.

**26 Cr. 047 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference currently scheduled for September 26, 2026, is hereby adjourned until October 30, 2026, at 11:00 a.m. The Defendant consents to an exclusion of time from the Speedy Trial Act until October 30, 2026.

It is hereby ordered that time until October 30, 2026, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public in a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated: 18 September 2026
New York, New York

Victor Marrero
U.S.D.J