USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

YOANSEL DIAZ SOTO,

Defendant.

**26 Cr. 047 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of Defendant's October 23, 2026 email expressing his intent to change his plea and request to refer the conference set for Friday October, 30, 2026 at 11:00 AM to the magistrate judge. The parties are hereby ordered to schedule Defendant's change of plea conference set for Friday October, 30, 2026 at 11:00 AM before the magistrate judge.

**SO ORDERED.**

Dated: 28 October 2026
New York, New York

Victor Marrero
U.S.D.J